**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**TOMMY JACKSON**                                                                **PLAINTIFF**

v.                                                                                                No. **4:07CV144-P-A**

**CHRISTOPHER EPPS, ET AL.**                                              **DEFENDANTS**

## **JUDGMENT**

In accordance with the memorandum opinion issued today, the plaintiff's claims against Christopher Epps, Emmitt Sparkman, and Pamela Robinson are hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted. The plaintiff's claims against Lawrence Kelly, James Brewer, Velena Flaggs, Rebecca Blount, L. T. Roach, Lawyer Ross, and Randy Harper shall, however, proceed.

**SO ORDERED,** this the 20th day of December, 2007.

                                                                     /s/ W. Allen Pepper, Jr.
                                                                     W. ALLEN PEPPER, JR.
                                                                     UNITED STATES DISTRICT JUDGE