IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TOMMY JACKSON                                                                           PLAINTIFF

v.                                                                                   No. 4:07CV144-P-A

CHRISTOPHER EPPS, ET AL.                                                          DEFENDANTS

ORDER *GRANTING* PLAINTIFF'S MOTION [35] FOR A STATUS REPORT,
*DENYING* PLAINTIFF'S MOTION [38] FOR DEFAULT JUDGMENT,
*DENYING* PLAINTIFF'S MOTION [39] TO COMPEL DISCOVERY

The plaintiff has requested [35] the status of the court's ruling in this case. The Magistrate Judge has issued a Report and Recommendation in this case; as such, the status of the case is now known to the plaintiff. The motion [35] for a status report is therefore **GRANTED.**

The plaintiff also seeks [38] a default judgment and [39] a motion to compel discovery because the defendants had not yet provided additional information regarding internal investigations into the plaintiff's allegations of excessive force. As the defendants have since provided that information, the plaintiff's motions [38], [39] are **DENIED.**

SO ORDERED, this the 11th day of March, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE